UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL DEWAINE GAINEY,

    Plaintiff,

-vs-              Case No. 6:09-cv-1178-Orl-35KRS

BREVARD COUNTY DETENTION CENTER,

    Defendant.
_____

## ORDER OF DISMISSAL

On July 24, 2009, the Court ordered Plaintiff to either file a fully completed Prisoner Consent Form and Financial Certificate or pay the $350.00 filing fee within thirty days from the date of the Order. (Doc. No. 7). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 9th day of November 2009.

              MARY S. SCRIVEN
              UNITED STATES DISTRICT JUDGE

Copies to:
sa 11/3
Michael Dewaine Gainey